29, 1901.) Action by Octavius O. Cottle against the Guaranty Building Company. No opinion. Motion for reargument denied, with $10 costs.

---

COTTLE, Respondent, v. STARING, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. April 2, 1901.) Action by Fannie P. Cottle, individually and as administratrix, etc., against Elizabeth P. Staring, impleaded, etc.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion granted, so far as the cancellation of the lis pendens is concerned, without costs. All concur, except SPRING and LAUGHLIN, JJ., who dissent.

---

COWING, Appellant, v. BRYANT, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 26, 1901.) In the matter of the supplementary proceedings Louise S. Cowing, judgment creditor, against Orrin Bryant, judgment debtor. No opinion. Order affirmed, with $10 costs and disbursements.

---

In re CRABTREE. (Supreme Court, Appellate Division, Fourth Department. April 2, 1901.) In the matter of the estate of William Crabtree, deceased. No opinion. Motion for reargument denied, with $10 costs.

---

CRAVEN, Appellant, v. POND, Respondent. (Supreme Court, Appellate Division, Third Department. March 6, 1901.) Action by Minnie C. Craven against Byron Pond, as executor, etc., of Alembert Pond, deceased. No opinion. Order affirmed, with costs.

---

CRUIKSHANK, Respondent, v. PRESS PUB. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 8, 1901.) Action by William J. Cruikshank against the Press Publishing Company. No opinion. Order affirmed, with $10 costs and disbursements. See 65 N. Y. Supp. 678.

---

DAHNLOS, Respondent, v. SMITH, Appellant. (Supreme Court, Appellate Division, Second Department. March 8, 1901.) Action by John Dahnlos against Albert Smith. No opinion. Judgment and order unanimously affirmed, with costs.

---

DAVIDSON, Respondent, v. BOSE, Appellant. (Supreme Court, Appellate Division, Second Department. March 15, 1901.) Action by Fanny Davidson against John N. Bose. No opinion. Order affirmed, with $10 costs and disbursements.

---

DE HART, Respondent, v. GREATER NEW YORK PUB. CO., Appellant. (Supreme Court, Appellate Term. April 22, 1901.) Action by James H. De Hart against the Greater New York Publishing Company. From a judgment of the city court of New York (67 N. Y. Supp. 1131), affirming a judgment for plaintiff, defendant appeals. Affirmed. Franklin Bien, for appellant. Hammond Odell, for respondent.

PER CURIAM. Judgment affirmed, with costs.

---

DELAFIELD, Respondent, v. VILLAGE OF WESTFIELD, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 19, 1901.) Action by Clarence Delafield against the village of Westfield. No opinion. Motion denied, upon the ground that the order sought to be amended indicates that the decision of this court was unanimous.

---

DEMPSEY, Respondent, v. CHAUTAUQUA NAT. BUILDING, LOAN & SAVINGS ASS'N, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 26, 1901.) Action by William Dempsey against the Chautauqua National Building, Loan & Savings Association. No opinion. Judgment affirmed, with costs.

---

DEVITT, Respondent, v. PROVIDENCE WASHINGTON INS. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 27, 1901.) Action by John J. Devitt against the Providence Washington Insurance Company. No opinion. Appeal transferred to the First department.

---

DEXSEE, Respondent, v. CITY OF SYRACUSE, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 26, 1901.) Action by Elizabeth Dexsee against the city of Syracuse. No opinion. Judgment and order affirmed, with costs.

---

DOWD, Respondent, v. NEW YORK, O. & W. RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 19, 1901.) Action by Mary Dowd, as administratrix, against the New York, Ontario & Western Railway Company. No opinion. Motion denied, with $10 costs.

---

DOWLING, Appellant, v. NASSAU ELECTRIC R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 27, 1901.) Action by Prudence Dowling against the Nassau Electric Railroad Company.

PER CURIAM. Order modified, by providing that, as a condition of granting the order, the respondent pay to the appellant the trial fee and disbursements of the trial, and by further providing that a new trial be granted, costs to abide the event. No costs of this appeal to either party.

---

DRISCOLL, Respondent, v. VILLAGE OF SENECA FALLS, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 19, 1901.) Action by Bridget A. Driscoll against the village of Seneca Falls. No opinion. Judgment and order affirmed, with costs.

---

DUNKLE, Respondent, v. McALLISTER, Appellant. (Supreme Court, Appellate Division, Third Department. March 15, 1901.) Action by Daniel D. Dunkle against Charles A.